DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE CITY OF PALM BEACH GARDENS, FLORIDA,**
Appellant,

v.

**GOLDEN NUGGET GAMING PBG, LLC,** d/b/a **GOLDEN NUGGET ARCADE**
Appellee.

No. 4D2025-0258

[January 29, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 50-2023-CA-011308XXX.

Jeffery Philip Jones, R. Max Lohman of Lohman Law Group, P.A., West Palm Beach, for appellant.

Kelly Bernard Mathis of Law Office of Kelly B. Mathis, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***